UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RADERRIO T. WILKINS-JAMES**<br>5023 12th Street, N.E.<br>Washington, D.C. 20017<br><br>    **Plaintiff,**<br><br>  v.<br><br>**DISTRICT OF COLUMBIA**<br> 1350 Pennsylvania Avenue<br>Washington, D.C. 20005<br><br>**and**<br><br>**DC Metropolitan Police Officer Craig Solat,**<br>**Individually and Official Capacities**<br>300 Indiana Avenue, N.W.<br>Washington, D.C. 20001<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

   Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant District of Columbia, by and through its counsel, respectfully removes to this Honorable Court the above action from the Superior Court of the District of Columbia (Civil Division, Case No. 2009 CA 002347, filed on March 27, 2009). The Grounds for removal are as follows:

   1.  Raderrio T. Wilkins-James, has filed a Complaint against the defendants in Superior Court for the District of Columbia, alleging among other things that the defendant Craig Solgat "while acting under color of law, acted with malice, intent, indifference and reckless disregard towards [p]laintiff's security in violation of his Fourth Amendment rights under the U.S. Constitution."

1

2. This action is removable to this Court because of the existence of a federal question raised by plaintiff's Complaint. Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties.  See 28 U.S.C. § 1441(b).  In Count VI of his Complaint, the plaintiff raises a federal question by alleging that the defendant Craig Solgat violated a his rights under the Fourth Amendment of the Constitution. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received or sent by undersigned counsel in this matter are attached hereto as Exhibit 1.

                Respectfully submitted,

                PETER J. NICKLES
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

                _/s/ Patricia A. Jones_____
                PATRICIA A. JONES [428132]
                Chief, General Litigation, Section IV

                _/s/ Eric S. Glover_____
                ERIC S. GLOVER [978841]
                Assistant Attorney General
                441 Fourth Street, N.W.,
                Sixth Floor South
                Washington, D.C. 20001
                (202) 442-9754; (202) 724-7854

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTIFICATION OF FILING OF NOTICE OF REMOVAL was mailed, postage prepaid, this ____th day of June, 2009 to:

3

Donald M. Temple
DONALD M TEMPLE, P.C.
1229 15th Street, NW
Washington, DC 20005

                                                Eric S. Glover
                                                Assistance General Counsel

.